| Case No. | SACV 18-01516-AG (JDEx) | Date | January 25, 2019 |
|---|---|---|---|
| Title | Adam Ghadiri v. Carlos Mexican Restaurant et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on August 24, 2018. On December 28, 2018, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before January 18, 2019 why this action should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [11] issued on December 28, 2018 discharged.

                                                        -     :    -

Initials of Deputy Clerk   mku

cc: